IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HENRY DEWAYNE JACOBS,
        Plaintiff,
    v.
KENNETH SEALEY; C/O SEALEY, JR.;
MRS. OXIDINE; BRIAN WYNN; JUSTIN
WYNN; WALTER LAMBERT,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:11-CT-3158-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for failure to response to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on September 30, 2011, with service on:
 Henry Dewayne Jacobs  0552397, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)

  September 30, 2011                           /s/ Dennis P. Iavarone
                                                                                  Clerk